AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

**F I L E D**
Clerk
District Court

MAY 18 2021

for the Northern Mariana Islands
By _____
(Deputy Clerk)

| | |
|---|---|
| WINZY CORPORATION | ) |
| *Plaintiff* | ) |
| v. | ) |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

Civil Action No.   1:20-cv-00028

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*  WINZY CORPORATION  recover from the
defendant *(name)*  IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC  the amount of
ONE HUNDRED SEVENTY NINE THOUSAND TWO HUNDRED SEVENTEEN DOLLARS AND FIFTY CENTS  dollars ($ 179,217.50 ), which includes prejudgment
interest at the rate of  10.00  %, plus post judgment interest at the rate of  0.05  % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Ramona V. Manglona  on a motion for
(ECF 9)  Default Judgment.
_____ .

Date:   05/18/2021

CLERK OF COURT

**HEATHER L. KENNEDY**
_____
*Signature of Clerk or Deputy Clerk*